United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11897-elf
Catherine Marie Burke                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Jun 24, 2019
                              Form ID: 152            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
```
db            +Catherine Marie Burke,    2161 Gateway Terrace,    Easton, PA 18045-2802
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14295746      +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14308940      +Beverly Febbo,    c/o Scott M. Wilhelm, Esq.,    305 Roseberry Street,    P O Box 800,
               Phillipsburg, NJ 08865-0800
14332095       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14295754      +Citihealth/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14295759      +DSNB/Macys,    P.O. Box 8218,    Mason, OH 45040-8218
14295760      +DUVERA,    1910 Palomar Point Wayste 101,    Carlsbad, CA 92008-5578
14295757      +Dennis W. Winegar, Esquire,    Winegar, Wilhelm, Glynn & Roemersma, P.C,    305 Roseberry Street,
               P.O. Box 800,    Phillipsburg, NJ 08865-0800
14295762       First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14295765      +IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
14295771      +Prothonotary/Northampton County,    No. C-48-CV-2014-10146,    669 Washington St.,
               Easton, PA 18042-7401
14326237      +Scott M. Wilhelm, Esq.,    Winegar, Wilhelm, Glynn & Roemersma,    305 Roseberry Street,
               Phillipsburg, NJ 08865-1600
14295772       Sears/CBNA,    PO Box 3282,    Sioux Falls, SD 57117
14295773      +Security Credit Services,    306 Enterprise Drive,    Oxford, MS 38655-2762
14336904      +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14295779      +WF/Raymour & Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
14335021      +Wells Fargo Bank,National Association as Trustee f,    KML Law Group, P.C.,    701 Market Street,
               Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:39      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:59      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:18      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14295747       E-mail/Text: ally@ebn.phinsolutions.com Jun 25 2019 03:08:52      Ally Financial,    PO Box 38091,
               Minneapolis, MN 55438
14295748      +E-mail/Text: bkrpt@retrievalmasters.com Jun 25 2019 03:09:44      American Medical Collection,
               4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
14328369      +E-mail/Text: bnc@atlasacq.com Jun 25 2019 03:08:53      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
14306394       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:17:08      CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14295753      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 25 2019 03:10:21      CB Indigo,    PO Box 4499,
               Beaverton, OR 97076-4499
14295750      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:17:06      Cach LLC,
               c/o Resurgent Capital Service,    PO Box 1269,    Greenville, SC 29602-1269
14295751      +E-mail/Text: bnc-capio@quantum3group.com Jun 25 2019 03:09:42      Capio Partners LLC,
               2222 Texoma Parkway, Suite 150,    Sherman, TX 75090-2481
14320118      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2019 03:17:27
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14295752      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:18:01
               Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14295755      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 25 2019 03:10:16
               Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
14295756      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 25 2019 03:19:25      Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
14295758      +E-mail/Text: bankruptcynotices@dcicollect.com Jun 25 2019 03:10:10
               Diversified Consultants, Inc.,    PO box 551268,    Jacksonville, FL 32255-1268
14295764      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 25 2019 03:10:12      Gettington,
               6250 Ridgewood ROA,    Saint Cloud, MN 56303-0820
14295766      +E-mail/Text: bncnotices@becket-lee.com Jun 25 2019 03:08:58      Kohls Department Store,
               P.O. Box 3115,    Milwaukee, WI 53201-3115
14334681       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:17:02      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14295768      +E-mail/Text: bnc@nordstrom.com Jun 25 2019 03:09:00      Nordstrom TD Bank,
               13531 E. Caley Avenue,    Englewood, CO 80111-6505
14295770       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:19:25
               Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk, VA 23502
14337443       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:16:54
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2                  Date Rcvd: Jun 24, 2019
                              Form ID: 152              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14328434       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 25 2019 03:09:53      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14314061        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:21
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14332655        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:21
                 Quantum3 Group LLC as agent for,    Bluestem and SCUSA,     PO Box 788,
                 Kirkland, WA  98083-0788
14295774       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:17:58      SYNCB/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
14295775       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:19      SYNCB/Cutting Edge,
                 PO Box 965036,    Orlando, FL 32896-5036
14295776       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:17:59      SYNCB/LOWES,    PO Box 965005,
                 Orlando, FL 32896-5005
14295777        E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:17:58      SYNCB/Walmart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
14296422       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14295778       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 25 2019 03:10:12      Web Bank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14337699        E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2019 03:10:20
                 Wells Fargo Bank,National Association et al.,,    C/O Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14295749         Bank of Missouri,    5109 S. Broadband Lane,    LA 71090
14295763*       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
cr             ##+Beverly Febbo,    2747 Queen Street,    Easton, PA 18045-2457
14295761       ##+Eastern Revenue Inc.,    998 Old Eagle School Road,    Suite 1204,    Wayne, PA 19087-1805
14295767       ##+Ms. Beverly Febbo,    2747 Queen Street,    Easton, PA 18045-2457
14295769       ##+Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
           SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          SCOTT M. WILHELM    on behalf of Creditor Beverly  Febbo maddid@wwgrlaw.com,
           G27019@notify.cincompass.com
          THOMAS L. LIGHTNER    on behalf of Creditor Beverly  Febbo tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Debtor Catherine Marie Burke tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Catherine Marie Burke
    Debtor(s)

Case No: 19−11897−elf
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/12/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

23
Form 152