United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Catherine Marie Burke  
     Debtor

Case No. 19-11897-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: John     Page 1 of 1     Date Rcvd: Jul 26, 2019  
                              Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14332655         E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2019 02:36:21  
           Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,  
           Kirkland, WA    98083-0788
                                                                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for  
         SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
        SCOTT M. WILHELM    on behalf of Creditor Beverly   Febbo maddid@wwgrlaw.com,  
         G27019@notify.cincompass.com  
        THOMAS L. LIGHTNER    on behalf of Creditor Beverly   Febbo tlightner@lightnerlaw.com,  
         sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
        THOMAS L. LIGHTNER    on behalf of Debtor Catherine Marie Burke tlightner@lightnerlaw.com,  
         sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                    TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-11897-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Catherine Marie Burke
2161 Gateway Terrace
Easton PA 18045

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/24/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 8: Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/28/19

Tim McGrath
**CLERK OF THE COURT**