**WINEGAR, WILHELM, GLYNN & ROEMERSMA**
**SCOTT M. WILHELM, ESQ.-ID# 77195**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ 08865
(908) 454-3200
AshleyA@wwgrlaw.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CATHERINE MARIE BURKE, | : | CASE NO. 19-11897(REF) |
| Debtor. | : | |

### PRAECIPE TO WITHDRAW MOTION

TO THE CLERK OF THE BANKRUPTCY COURT:

The Creditor, Beverly Febbo, by and through her counsel, Scott M. Wilhelm, Esq., hereby withdraw the Notice of Motion to Enter Default Judgment, which was incorrectly filed with the Court on or about November 20, 2019. See ECF. Document #35. The correct Motion to Enter Default Judgment has been filed in the Adversary Pleadings on December 5, 2019.

/s/Scott M. Wilhelm
SCOTT M. WILHELM, ESQ.
Attorney for Creditor, Beverly Febbo

Dated: December 6, 2019