UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CATHERINE BURKE  :  CASE NO. 19-11897
                        :
      DEBTOR             :  CHAPTER 13

**PRAECIPE TO WITHDRAW APPEARANCE**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw my appearance for the debtor in the above matter.

Dated: February 14, 2020                **Lightner Law Offices, P.C.**

                              By:   /s/Thomas L. Lightner, Esquire
                                    4652 Hamilton Blvd.
                                    Allentown, PA 184103
                                    (610) 530-9300
                                    Fax: (610) 530-9310
                                    tlightner@lightnerlaw.com