UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CATHERINE BURKE       :   CASE NO. 19-11897
                               :
        DEBTOR                 :   CHAPTER 13

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance for the debtor in the above matter.

Dated:  February 17, 2020                    **JOHN R. K. SOLT, P.C.**

                              By:   /s/John R. K. Solt, Esquire
                                    John R. K. Solt, Esquire
                                    I.D. No. 24686
                                    2045 Westgate Drive, Suite 404B
                                    Bethlehem, PA 18017
                                    Phone: (610) 865-2465
                                    Facsimile: (610) 691-2018
                                    jsolt.soltlaw@rcn.com