## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | |
| | ) **Chapter 13** |
| **CATHERINE MARIE BURKE** | ) |
| | ) **No. 19-11897-PMM** |
| **Debtor** | ) |
| | ) **Hearing Date: July 30, 2020** |
| | ) **Time: 11:00 a.m.** |
| | ) **Location:** |
| | ) **U.S. Bankruptcy Court** |
| | ) **The Gateway Building** |
| | ) **201 Penn Street, 4th Floor** |
| | ) **Reading, PA 19601** |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

**NOTICE IS GIVEN THAT** on July 9, 2020, the Debtor in the above-captioned case filed a Motion to Sell Real Estate known as 2747 Queen Street, Easton, Pennsylvania Free and Clear of all Liens and Interests Pursuant to Section 363(f) and to Approve Real Estate Broker's Commission.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant this Motion, then on or before **July 23, 2020**, you or your attorney must do all of the following:

a) file an answer explaining your position at:

**Clerk/United States Bankruptcy Court**
**The Gateway Building**
**201 Penn Street, Suite 103**
**Reading, PA 19601**

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b) mail a copy to the Movant's attorney:

**John R. K. Solt, Esquire, Esquire**
**John R. K. Solt, P.C.**
**Gateway Professional Center**
**2045 Westgate Drive, Suite 404B**
**Bethlehem, PA 18017**

   2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

   3  A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on  Thursday, **July 30, 2020 at 11:00 a.m. at the United States Bankruptcy Court**, **The Gateway Building**, **201 Penn Street, 4th Floor, Reading, PA 19601.**

   4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5.  You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether hearing has been set and, if so, the date and time of the hearing.

**Filing Instructions**

   6.  If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

   7.  If you are not required to file electronically, you must file your response at:

  Clerk, U.S. Bankruptcy Court
  The Gateway Building
   201 Penn Street, Suite 103
   Reading, PA 19601

   8.  If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

9.  On that same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

**John R. K. Solt, Esquire**
**John R. K. Solt, P.C.**
**2045 Westgate Dr., Suite 404B**
**Bethlehem, PA 18017**

Dated:  July 9, 2020  /s/ John R. K. Solt, Esquire
John R. K. Solt, Esquire
Attorney for Debtor
John R. K. Solt, P.C.
Attorney ID No. 24686
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017
Phone:  610-865-2465