IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	CATHERINE MARIE BURKE	) CHAPTER 13
	)
	Debtor	) NO. 19-11897

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307 (b), it is hereby,

ORDERED that the Debtor's Chapter 13 case is dismissed.

BY THE COURT:

**Date: July 31, 2020**

*Patricia M. Mayer*
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE