United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11897-pmm
Catherine Marie Burke                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: John              Page 1 of 3            Date Rcvd: Jul 31, 2020
                            Form ID: pdf900         Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.
```
db              +Catherine Marie Burke,    2161 Gateway Terrace,    Easton, PA 18045-2802
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14295746        +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14308940        +Beverly Febbo,    c/o Scott M. Wilhelm, Esq.,    305 Roseberry Street,    P O Box 800,
                  Phillipsburg, NJ 08865-0800
14332095         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14295754        +Citihealth/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14295759        +DSNB/Macys,    P.O. Box 8218,    Mason, OH 45040-8218
14295757        +Dennis W. Winegar, Esquire,    Winegar, Wilhelm, Glynn & Roemersma, P.C,    305 Roseberry Street,
                  P.O. Box 800,    Phillipsburg, NJ 08865-0800
14295762         First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14295765        +IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
14295766        +Kohls Department Store,    P.O. Box 3115,    Milwaukee, WI 53201-3115
14295771        +Prothonotary/Northampton County,    No. C-48-CV-2014-10146,    669 Washington St.,
                  Easton, PA 18042-7401
14326237        +Scott M. Wilhelm, Esq.,    Winegar, Wilhelm, Glynn & Roemersma,    305 Roseberry Street,
                  Phillipsburg, NJ 08865-1600
14295772         Sears/CBNA,    PO Box 3282,    Sioux Falls, SD 57117
14295773        +Security Credit Services,    306 Enterprise Drive,    Oxford, MS 38655-2762
14336904        +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14295779        +WF/Raymour & Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
14335021        +Wells Fargo Bank,    Select Portfolio Servicing,    c/o KEVIN G. MCDONALD,
                  701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2020 04:43:11
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2020 04:43:43      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14295747         E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:42:38      Ally Financial,    PO Box 38091,
                  Minneapolis, MN 55438
14295748        +E-mail/Text: bkrpt@retrievalmasters.com Aug 01 2020 04:43:29      American Medical Collection,
                  4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
14328369        +E-mail/Text: bnc@atlasacq.com Aug 01 2020 04:42:47      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
14306394         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:47:30      CACH, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14295753        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 01 2020 04:44:17      CB Indigo,    PO Box 4499,
                  Beaverton, OR 97076-4499
14295750        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:47:43      Cach LLC,
                  c/o Resurgent Capital Service,    PO Box 1269,    Greenville, SC 29602-1269
14295751        +E-mail/Text: bnc-capio@quantum3group.com Aug 01 2020 04:43:28      Capio Partners LLC,
                  2222 Texoma Parkway, Suite 150,    Sherman, TX 75090-2481
14320118        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2020 04:47:30
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14295752        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:47:54
                  Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14295755        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 01 2020 04:44:13
                  Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
14295756        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2020 04:47:30      Credit One Bank,
                  PO Box 98872,    Las Vegas, NV 89193-8872
14295758        +E-mail/Text: bankruptcynotices@dcicollect.com Aug 01 2020 04:44:07
                  Diversified Consultants, Inc.,    PO box 551268,    Jacksonville, FL 32255-1268
14295760         E-mail/Text: operationsclerk@easypayfinance.com Aug 01 2020 04:42:36      DUVERA,
                  1910 Palomar Point Wayste 101,    Carlsbad, CA 92008
14295764        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 01 2020 04:44:07      Gettington,
                  6250 Ridgewood ROA,    Saint Cloud, MN 56303-0820
14295766        +E-mail/Text: PBNCNotifications@peritusservices.com Aug 01 2020 04:42:45
                  Kohls Department Store,    P.O. Box 3115,    Milwaukee, WI 53201-3115
14334681         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:47:31      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14295768        +E-mail/Text: bnc@nordstrom.com Aug 01 2020 04:42:48      Nordstrom TD Bank,
                  13531 E. Caley Avenue,    Englewood, CO 80111-6505
14295770         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                  Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk, VA 23502
```

```
District/off: 0313-4          User: John                Page 2 of 3                   Date Rcvd: Jul 31, 2020
                              Form ID: pdf900           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14337443         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14328434        +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2020 04:43:38      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14314061         E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:42:57
                   Quantum3 Group LLC as agent for,     CF Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
14332655         E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:42:57
                   Quantum3 Group LLC as agent for,     Bluestem and SCUSA,    PO Box 788,
                   Kirkland, WA  98083-0788
14362322         E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:42:57
                   Quantum3 Group LLC as agent for,     Sadino Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14295774        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      SYNCB/Care Credit,
                   P.O. Box 965036,    Orlando, FL 32896-5036
14295775        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      SYNCB/Cutting Edge,
                   PO Box 965036,    Orlando, FL 32896-5036
14295776        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      SYNCB/LOWES,    PO Box 965005,
                   Orlando, FL 32896-5005
14295777         E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      SYNCB/Walmart,    P.O. Box 965024,
                   Orlando, FL 32896-5024
14296422        +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14295778        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 01 2020 04:44:07      Web Bank/Fingerhut,
                   6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14337699         E-mail/Text: jennifer.chacon@spservicing.com Aug 01 2020 04:44:17
                   Wells Fargo Bank,National Association et al.,,    C/O Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14295749         Bank of Missouri,    5109 S. Broadband Lane,    LA 71090
cr*             Quantum3 Group LLC as agent for,    Sadino Funding LLC,     PO Box 788,    Kirkland, WA  98083-0788
14295763*       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14362323*        Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr              ##+Beverly Febbo,    2747 Queen Street,    Easton, PA 18045-2457
14295761        ##+Eastern Revenue Inc.,    998 Old Eagle School Road,    Suite 1204,    Wayne, PA 19087-1805
14295767        ##+Ms. Beverly Febbo,    2747 Queen Street,    Easton, PA 18045-2457
14295769        ##+Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                          TOTALS: 1, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
```
              JOHN R.K. SOLT    on behalf of Debtor Catherine Marie Burke jsolt.soltlaw@rcn.com,
               rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
               SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
               SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
```

```
District/off: 0313-4          User: John                Page 3 of 3                  Date Rcvd: Jul 31, 2020
                              Form ID: pdf900           Total Noticed: 54


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              SCOTT M. WILHELM    on behalf of Creditor Beverly  Febbo kathleenc@wwgrlaw.com,
               G27019@notify.cincompass.com
              SCOTT M. WILHELM    on behalf of Plaintiff Beverly  Febbo maddid@wwgrlaw.com,
               G27019@notify.cincompass.com
              THOMAS L. LIGHTNER    on behalf of Creditor Beverly  Febbo tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Defendant Catherine Marie Burke tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    CATHERINE MARIE BURKE    ) CHAPTER 13
                                   )
             Debtor                ) NO. 19-11897

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307 (b), it is hereby,

ORDERED that the Debtor's Chapter 13 case is dismissed.

BY THE COURT:

**Date: July 31, 2020**

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE