| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-11897-PMM**

CATHERINE MARIE BURKE
2161 GATEWAY TERRACE
EASTON  PA    18045

Petition Filed Date: 03/27/2019
341 Hearing Date: 06/04/2019
Confirmation Date: 07/02/2020

Case Status: Dismissed After Confirmation on 7/31/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/06/2019 | $5,646.00 | Other | 06/24/2019 | $2,823.00 | Monthly Plan P | 07/09/2019 | $2,823.00 | Monthly Plan P |
| 08/09/2019 | $2,825.00 | Monthly Plan P | 09/10/2019 | $2,825.00 | Monthly Plan P | 10/10/2019 | $2,825.00 | |
| 11/13/2019 | $2,823.00 | | 12/11/2019 | $2,823.00 | | 01/10/2020 | $2,825.00 | |
| 03/11/2020 | $2,823.00 | | | | | | | |

**Total Receipts for the Period: $31,061.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,061.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS L LIGHTNER ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 0 | JOHN R K SOLT ESQ | Attorney Fees | $4,200.00 | $0.00 | $4,200.00 |
| 1 | CACH, LLC »» 001 | Unsecured Creditors | $10,791.90 | $0.00 | $10,791.90 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $5,646.81 | $0.00 | $5,646.81 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $1,539.71 | $0.00 | $1,539.71 |
| 4 | BEVERLY FEBBO »» 004 | Priority Crediors | $155,000.00 | $22,438.46 | $132,561.54 |
| 5 | ATLAS ACQUISITIONS LLC »» 005 | Unsecured Creditors | $309.56 | $0.00 | $309.56 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $330.70 | $0.00 | $330.70 |
| 7 | BECKET & LEE, LLP »» 007 | Unsecured Creditors | $712.40 | $0.00 | $712.40 |
| 8 | QUANTUM3 GROUP LLC as agent for »» 008 | Unsecured Creditors | $854.61 | $0.00 | $854.61 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $868.46 | $0.00 | $868.46 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $711.22 | $0.00 | $711.22 |
| 11 | DUVERA »» 011 | Unsecured Creditors | $1,286.29 | $0.00 | $1,286.29 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,874.93 | $0.00 | $1,874.93 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $6,059.53 | $0.00 | $6,059.53 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-11897-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $31,061.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $22,438.46 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,922.54 | Total Plan Base: | $212,984.57 |
| Funds on Hand: | $5,700.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.